**Order entered April 6, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00945-CR

**RODERICK WAYNE NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F19-24910-I**

### ORDER

Before the Court is appellant's April 4, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by May 4, 2022.

/s/ ERIN A. NOWELL
   JUSTICE